In the Matter of the Application of ROBERT Y. CLARK and Others, Copartners Doing Business under the Firm Name and Style of CLARK & DAVIS, Petitioners, for a Certiorari Order against REED W. SMITH, Comptroller of the Town of Harrison, New York, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Carswell, Davis and Johnston, JJ.; Close, J., not voting.

In the Matter of the Final Accounting of JAMES F. NUGENT, as Executor, etc., of JOSEPH FOX, Deceased, Committee of the Person and Property of HELEN G. Fox, an Incompetent Person. JAMES F. NUGENT, as Executor, etc., of JOSEPH Fox, Deceased, Committee of HELEN G. Fox, an Incompetent Person, and ÆTNA ACCIDENT AND LIABILITY COMPANY (Now ÆTNA CASUALTY AND SURETY COMPANY), Appellants, Respondents; MORTIMER MAY, as Special Guardian for HELEN G. Fox, an Incompetent Person, Respondent, Appellant; EDITH M. HALL, as Substituted Committee of HELEN G. Fox, an Incompetent Person, Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 31.] The following question is certified: Upon this record should the surcharge have been made against the estate of Joseph Fox? Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

In the Matter of ROSE HELEN PADERS, an Attorney, Respondent.— Motion for reargument of motion to confirm report of official referee denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

In the Matter of the Summary Proceedings Brought by WESTCHESTER COUNTY SYNDICATE CORPORATION, Landlord, Respondent, v. FRANK G. MENKE, Tenant, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

HENRY KAPULSKY, Respondent, v. FRANK STEINER and GUSTAVE STEINER, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

WILLIAM MARCANTONIO, an Infant, by DOMENICO MARCANTONIO, His Guardian ad Litem, Respondent, v. CITY OF BEACON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis and Johnston, JJ.; Close, J., not voting.

DANIEL McMAHON, JR., and MARION McMAHON, His Wife, Respondents, v. BROOKLYN EDISON COMPANY, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.

JAMES PICHINI, Respondent, v. THIRTY MAPLE PARKWAY REALTY Co., INC., and Others, Defendants; Mrs. RAFFAELA PISCOPO, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.